LONG DOCK COMPANY, DEFENDANT IN ERROR, v. STATE
BOARD OF ASSESSORS ET AL., PLAINTIFFS IN ERROR.

MORRIS AND ESSEX RAILROAD COMPANY, DEFENDANT
IN ERROR, v. STATE BOARD OF ASSESSORS ET AL.,
PLAINTIFFS IN ERROR.

CENTRAL RAILROAD OF NEW JERSEY, DEFENDANT IN
ERROR, v. STATE BOARD OF ASSESSORS ET AL.,
PLAINTIFFS IN ERROR.

Argued March 7, 1910—Decided June 20, 1910.

On error to the Supreme Court, whose opinion is reported
in 49 *Vroom* 44.

For the Long Dock Company, *Collins & Corbin.*

For the Morris and Essex Railroad Company, *Edwards &
Smith.*

For the Central Railroad Company of New Jersey, *George
Holmes.*

For the State Board of Assessors, *Edmund Wilson,* attor-
ney-general.

PER CURIAM.

The judgments under review herein should be affirmed, for
the reasons expressed in the opinion delivered by Mr. Justice
Garrison in the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, SWAYZE, TRENCH-
ARD, PARKER, BOGERT, VROOM, GRAY, DILL, CONGDON, JJ.  9.

*For reversal*—THE CHANCELLOR, MINTURN, J.  2.